# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 19, 2014

150377 & (17)(18)

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

BL-1 LIMITED PARTNERSHIP and
STUART EPSTEIN,
            Plaintiffs-Appellees,

v

REBECCA K. MOTLEY, M.D.,
            Defendant-Appellant.

SC: 150377
COA: 322469
Oakland CC: 2013-136604-AV
                    2013-136616-AV

_____/

On order of the Court, the motion for immediate consideration of the motion for stay of trial court proceedings is GRANTED. The application for leave to appeal the October 29, 2014 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court. The motion for stay of trial court proceedings is DENIED.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 19, 2014



Clerk

p1118